IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS GEORGE | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 10-cv-586 |
| | : | |
| v. | : | |
| | : | |
| REIHL GIVEN NAMED UNKNOWN, PHILADELPHIA POLICE OFFICER, IN HIS INDIVIDUAL CAPACITY; | : | |
| | : | |
| RICHARDS GIVEN NAMED UNKNOWN, PHILADELPHIA POLICE SERGEANT, IN HIS INDIVIDUAL CAPACITY; | : | |
| | : | |
| THREE UNKNOWN NAMED OFFICERS OR AGENTS OF THE TRANSPORTATION SECURITY ADMINISTRATION IN THEIR INDIVIDUAL CAPACITIES AND TWO UNKNOWN NAMED AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION IN THEIR INDIVIDUAL CAPACITIES | : | |
| Defendants. | : | |

ENTRY OF APPEARANCE

Please enter our appearance on behalf of the five individual defendants described above as agents or officers of the Transportation Safety Administration and the Federal Bureau of Investigation in the above-captioned matter.

_____
THOMAS F. JOHNSON
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone:       (215) 861-8380
Fax:           (215) 861-8618
(Attorney for Defendants)

_____
PAUL W. KAUFMAN
Assistant United States Attorneys
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone:       (215) 861-8579
Fax:           (215) 861-8618
(Attorney for Defendants)

## CERTIFICATE OF SERVICE

I hereby certify that on this date June 30, 2010, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

Genelle Franklin
City of Philadelphia Law Department
1515 Arch Street, 14TH Floor
Philadelphia, PA 19102
(Attorney for Defendant)

David Rudovsky
Kairys Rudovsky Messing & Feinberg
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(Attorney for Plaintiff)

Mary Catherine Roper
ACLU of PA
P.O. Box 40008
Philadelphia, PA 19106
(Attorney for Plaintiff)

Benjamin Elihu Wizner
Jonathan Matthew Manes
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(Attorney for Plaintiff)

Kelley E. Heidrich
U.S. Department of Justice
1425 New York Avenue, NW, RM 8135
Washington, DC 20005
(Intervenor)

THOMAS F. JOHNSON
Assistant United States Attorney