IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS GEORGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM REHIEL, et al. | : | NO. 10-586 |

## ORDER

AND NOW, this 30th day of September, 2011, defendant United States of America's "Motion to Dismiss" (doc. no. 25) and individual federal defendants' "Motion to Dismiss Plaintiff's Constitutional Claims" (doc. no. 26) are both denied.

## MEMORANDUM

Ludwig, J.                                                                                September 30, 2011

Plaintiff Nicholas George sues for money damages arising from alleged civil rights intrusions at the Philadelphia International Airport by the Transportation Security Administration, the Philadelphia Police Department, and the Joint Terrorism Task Force. The complaint, filed February 10, 2010, as amended August 13, 2010, posits violations of the Fourth, First, and Fourteenth Amendments: an unreasonable search, seizure, and arrest; and an infringement of free speech in retaliation for the exercise of plaintiff's rights. Federal defendants United States of America, *et al.* move to dismiss the action for failure to state a claim, Fed. R. Civ. P. 12(b)(6). The motions will be denied because the amended complaint alleges claims for relief that are "plausible on [their] face." Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (U.S. 2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). Jurisdiction is federal question, 28 U.S.C. §§ 1331, 1343(a)(3), and 1346(b).

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.