APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicholas George | CIVIL ACTION |
| v. | |
| William Rehiel, et al., | NO. 10-586 |

ORDER

AND NOW, this           Day of                    , 20   , it is hereby

ORDERED that the application of <u>Seema Saifee</u>            , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-586

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Seema Saifee the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 23327, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 09/28/2005 | 4341343 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (See attached) | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Nicholas George

(Applicant's Signature)

11/9/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

American Civil Liberties Union of Pennsylvania

P.O. Box 40008

Philadelphia, PA 19106   Tel.: 215-592-1513 ext. 113

Sworn and subscribed before me this

15th Day of November, 2011

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELSIE M. VAZQUEZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 26, 2015

10/04

## Seema Saifee -- Court Admissions

**New York State Bar**
Bar No. 4341343
Admitted: September 28, 2005

| Federal Court | Admission Date | Bar No. |
|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | January 25, 2006 | N/A |
| U.S. Court of Appeals for the D.C. Circuit | April 16, 2007 | 51091 |
| U.S. Supreme Court | November 30, 2009 | N/A |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Seema Saifee___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Mary Catherine Roper | *[signature]* | 10/93 | PA ID 71107 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

American Civil Liberties Union of Pennsylvania

P.O. Box 40008

Philadelphia, PA 19106   Tel.: 215-592-1513 ext 116

Sworn and subscribed before me this

15th Day of Nov, 2011

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELSIE M. VAZQUEZ, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 26, 2015