IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:10-cv-586-EL |
| ) | |
| WILLIAM REHIEL, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**INDIVIDUAL FEDERAL DEFENDANTS'**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Doe Defendants 1-5, the individual federal defendants in the above-captioned case, appeal to the United States Third Circuit Court of Appeals from the Order of the United States District Court for the Eastern District of Pennsylvania (Doc. #40), signed in this action on September 30, 2011, and entered on October 3, 2011, denying their Motion to Dismiss Plaintiff's Constitutional Claims on the grounds of qualified immunity (Doc. #25).

| | |
|---|---|
| Dated: <u>November 28, 2011</u> | Respectfully submitted, |
| | |
| ZANE DAVID MEMEGER | TONY WEST |
| United States Attorney | Assistant Attorney General, Civil Division |
| | |
| MARGARET L. HUTCHINSON | C. SALVATORE D'ALESSIO, JR. |
| Assistant United States Attorney | Acting Director, Torts Branch, Civil Division |
| Chief, Civil Division | |
| | MARY HAMPTON MASON |
| THOMAS JOHNSON | Senior Trial Counsel, Torts Branch |
| Assistant United States Attorney | |
| | KELLY HEIDRICH |
| PAUL KAUFMAN | UNITED STATES DEPARTMENT OF JUSTICE |
| Assistant United States Attorney | P.O. Box 7146 Washington, D.C.  20044 |
| | Phone: (202) 616-4371 |
| | Email: Kelly.Heidrich@usdoj.gov |

ATTORNEYS FOR THE INDIVIDUAL FEDERAL DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ben Wizner (admitted pro hac vice)
Mitra Ebadolahi
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
bwizner@aclu.org

David Rudovsky (PA No. 15168)
Kairys, Rudovsky, Messing & Feinberg, LLP
718 Arch Street
Suite 501S
Philadelphia, PA 19106
Phone: (215) 925-4400
drudovsky@krlawphila.com

Mary Catherine Roper (PA No. 71107)
Seema Saifee
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
Phone: (215) 592-1513 ext. 116
mroper@aclupa.org

Molly M. Tack-Hooper
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 (phone)
MTack-Hooper@bm.net

Dated:  November 28, 2011

      ***s/ Kelly Heidrich***
      Kelly Heidrich
      Trial Attorney, Torts Branch
      United States Department of Justice, Civil Division
      P.O. Box 7146, Ben Franklin Station
      Washington, DC 20044
      (202) 616-4371 (phone)
      (202) 616-4314 (fax)
      Kelly.Heidrich@usdoj.gov