IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS GEORGE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:10-cv-586-EL |
| WILLIAM REHIEL, *et. al.*, | ) |
| Defendants. | ) |

**INDIVIDUAL FEDERAL DEFENDANTS'**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Doe Defendants 1-5, the individual federal defendants in the above-captioned case, appeal to the United States Third Circuit Court of Appeals from the Order of the United States District Court for the Eastern District of Pennsylvania (Doc. #40), signed in this action on September 30, 2011, and entered on October 3, 2011, denying their Motion to Dismiss Plaintiff's Constitutional Claims on the grounds of qualified immunity (Doc. #26).

Dated: <u>November 28, 2011</u>                    Respectfully submitted,

ZANE DAVID MEMEGER                              TONY WEST
United States Attorney                                 Assistant Attorney General, Civil Division

MARGARET L. HUTCHINSON                     C. SALVATORE D'ALESSIO, JR.
Assistant United States Attorney                  Acting Director, Torts Branch, Civil Division
Chief, Civil Division

                                                                MARY HAMPTON MASON
THOMAS JOHNSON                                   Senior Trial Counsel, Torts Branch
Assistant United States Attorney

                                                                KELLY HEIDRICH
PAUL KAUFMAN                                        UNITED STATES DEPARTMENT OF JUSTICE
Assistant United States Attorney                  P.O. Box 7146 Washington, D.C.  20044
                                                                Phone: (202) 616-4371
                                                                Email: Kelly.Heidrich@usdoj.gov

ATTORNEYS FOR THE INDIVIDUAL FEDERAL DEFENDANTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ben Wizner (admitted pro hac vice)
Mitra Ebadolahi
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
bwizner@aclu.org

Mary Catherine Roper (PA No. 71107)
Seema Saifee
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
Phone: (215) 592-1513 ext. 116
mroper@aclupa.org

Molly M. Tack-Hooper
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 (phone)
MTack-Hooper@bm.net

David Rudovsky (PA No. 15168)
Kairys, Rudovsky, Messing & Feinberg, LLP
718 Arch Street
Suite 501S
Philadelphia, PA 19106
Phone: (215) 925-4400
drudovsky@krlawphila.com

Dated:  November 28, 2011
      ***s/ Kelly Heidrich***
Kelly Heidrich
Trial Attorney, Torts Branch
United States Department of Justice, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-4371 (phone)
(202) 616-4314 (fax)
Kelly.Heidrich@usdoj.gov