IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS GEORGE | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 10-0586 |
| | : | |
| WILLIAM REHIEL, et al. | : | |

**ORDER**

**AND NOW,** this 30th day of November, 2011, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[]  -  Order staying these proceedings pending disposition of a related action.

[]  -  Order staying these proceedings pending determination of arbitration proceedings.

[]  -  Interlocutory appeal filed

[x]  -  Other: notice of appeal filed November 29, 2011.

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

/s/ Edmund V. Ludwig
                                    J.

Civ. 13 (8/80)