## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS GEORGE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-cv-586-EL |
| | ) | |
| WILLIAM REHIEL, *et. al.*, | ) | |
| Defendants. | ) | |

## INDIVIDUAL FEDERAL DEFENDANTS'
## NOTICE OF APPEAL

Notice is hereby given that Doe Defendants 1-5, the individual federal defendants in the above-captioned case, appeal to the United States Third Circuit Court of Appeals from the Order of the United States District Court for the Eastern District of Pennsylvania (Doc. #43), signed by the Court and entered on October 28, 2011, ruling on the parties' Motion for Clarification (Doc. #41). Doe Defendants 1-5 previously filed a timely notice of appeal on Nov. 29, 2011, from the Order of the United States District Court for the Eastern District of Pennsylvania (Doc. #40), signed in this action on September 30, 2011, and entered on October 3, 2011, denying their Motion to Dismiss Plaintiff's Constitutional Claims on the grounds of qualified immunity (Doc. #26). *See* Docket No. 11-4292 (3d Cir.). The district court's prior order was a final, appealable order under 28 U.S.C. § 1291 and the collateral order doctrine recognized in *Cohen v. Beneficial Industrial Loan Corp.*, 337 U.S. 541 (1949). *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1946 (2009). Insofar as the earlier order, Doc. # 40, is incorporated into the Oct. 28, 2011 order, Doc. #43, Doe Defendants 1-5 also appeal from the earlier order.

Dated: December 16, 2011

ZANE DAVID MEMEGER
United States Attorney

*[signature]*

MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

Respectfully submitted,

TONY WEST
Assistant Attorney General, Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

THOMAS JOHNSON
PAUL KAUFMAN
Assistant United States Attorneys

KELLY HEIDRICH
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7146 Washington, D.C.  20044
Phone: (202) 616-4371
Email: Kelly.Heidrich@usdoj.gov

ATTORNEYS FOR THE INDIVIDUAL FEDERAL DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ben Wizner (admitted pro hac vice)
Mitra Ebadolahi
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2500
bwizner@aclu.org

Mary Catherine Roper (PA No. 71107)
Seema Saifee
American Civil Liberties Union of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106
Phone: (215) 592-1513 ext. 116
mroper@aclupa.org

Molly M. Tack-Hooper
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 (phone)
MTack-Hooper@bm.net

David Rudovsky (PA No. 15168)
Kairys, Rudovsky, Messing & Feinberg, LLP
718 Arch Street
Suite 501S
Philadelphia, PA 19106
Phone: (215) 925-4400
drudovsky@krlawphila.com

Dated:  December 16, 2011

*/s/ Paul W. Kaufman*
Assistant United States Attorney