IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS GEORGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM REHIEL, et al. | : | NO. 10-586 |

## ORDER

AND NOW, this 10th day of April, 2012, the following are granted:

- "Plaintiff's Motion for Leave to File a Reply" (doc. no. 61); and

- "Plaintiff's Motion to Reopen" (doc. no. 56).

The Clerk of the Court is directed to remove this action from the Civil Suspense File and to reopen this action for statistical purposes.

By Friday, May 4, 2012, defendant the United States of America shall answer the amended complaint.

The parties shall hold a Rule 26(f) conference and proceed with discovery. The individual federal defendants shall participate in discovery of those matters not involved in the appeal docketed at Case No. 11-4292 in the Court of Appeals for the Third Circuit.

The next Rule 16 conference will be held on Tuesday, May 29, 2012, at 11:00 a.m. by telephone, plaintiff to initiate the call to chambers (215 580-2030).

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.